884

granted to the extent of allowing $500 additional counsel fee. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of JOHN POTTS and Others, Respondents, against ABRAHAM KAPLAN, President, and Others, Members of and Constituting the Municipal Civil Service Commission of the City of New York, Defendants, and JOHN B. DUFFY and Others, Intervenors, Defendants, Appellants.*— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and deny the motion. [147 Misc. 573.]

In the Matter of the Arbitration Proceedings between FUHRMAN BROS., INC., Appellant, and JULIUS GROSSMAN, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MICHAEL BOWEN, Respondent, v. STUYVESANT MOTOR CO., INC., a Domestic Corporation, and Others, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

BEATRICE RICH, Respondent, v. FREDERICK GREENFIELD and Others, Appellants, Impleaded with Another.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. The verified bill of particulars to be served within twenty days from service of order. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

In the Matter of the Application of THE CARLETON COMPANY, INC., Respondent, for an Order Summarily Discharging of Record the Alleged Liens Filed in the Offices of the Comptroller of the City of New York and of the Board of Transportation of the City of New York by OTTAR R. OIGARDEN (Also Known as OTTO BERG) and Others, Lienors, Appellants, against Moneys Due and to Become Due under a Contract between THE CARLETON COMPANY, INC., and THE CITY OF NEW YORK, Known and Designated in the Finance Department of the City of New York as No. 92964. In the Matter of the Application of THE CARLETON COMPANY, INC., Respondent, for an Order Summarily Discharging of Record the Alleged Liens, etc., by GUSTAV THEODORSEN and Others, Lienors, Appellants, against Moneys Due and to Become Due under a Contract between THE CARLETON COMPANY, INC., and THE CITY OF NEW YORK, Known and Designated in the Finance Department of the City of New York as No. 97874.†— Orders affirmed, with twenty dollars costs and disbursements to the petitioner, respondent. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

PLAIN TALK MAGAZINE, INC., Respondent, v. CHARLES DREIFUS, JR., and PAUL H. SAMPLINER, Appellants, Impleaded with Another.— Order so far as appealed from modified by granting items 2, 4, 5, 9, 10, 11, 16, 17 and 18, but as to items 5, 10 and 16 plaintiff is to state only approximate dates, and as so modified affirmed, without costs. No opinion. The verified bill of particulars to be served within twenty days from service of order. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

R C A PHOTOPHONE, INC., Appellant, v. MORRIS KLEINERMAN, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

* Modified, 264 N. Y. 110.          †Affd., 264 N. Y. 488.